AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

PAUL MAURICE COBB,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:06-CV-00028-RCJ-RAM**

DIRECTOR, NEVADA DEPARTMENT
OF CORRECTIONS, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (#27) is GRANTED. FURTHER ORDERED that the petition for a writ of habeas corpus is DISMISSED with prejudice as barred by the statute of limitations.


  September 21, 2009                       **LANCE S. WILSON**
                                                       Clerk


                                                     /s/ D. R. Morgan
                                                      Deputy Clerk